IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SHAWN MARTIN, ANGELA RUSS and NITISHA INGRAM, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 4:08cv4199 ) ) |
| vs. | ) ) |
| APOLLO GROUP, INC. and THE UNIVERSITY OF PHOENIX, INC., | ) JURY DEMANDED ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO ADMIT *PRO HAC VICE*

This matter comes before the Court upon the Motion of Richard A. Adams, co-counsel for Plaintiffs herein, to admit Michael D. Braun *pro hac vice* for the purpose of appearing and participating in this action. Finding that the motion is meritorious and should be GRANTED, it is therefore,

ORDERED that Michael D. Braun, with the law office of Braun Law Group, P.C., in Los Angeles, California, is hereby admitted to practice *pro hac vice* in this Court for the purpose of appearing and participating in this action on behalf of Plaintiffs.

SIGNED AND ENTERED this 6th day of January, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE