IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| SHAWN MARTIN, ANGELA RUSS and NITISHA INGRAM, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs | § § | |
| vs. | § § | CASE NO. 4:08-cv-4199 |
| APOLLO GROUP, INC., and THE UNIVERSITY OF PHOENIX, INC., | § § § § | |
| Defendants | § | |

## PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs file their Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(i) and state as follows:

1. Plaintiffs are Shawn Martin, Angela Russ and Nitisha Ingram.

2. On December 9, 2008, Plaintiffs sued Defendants Apollo Group, Inc. and The University of Phoenix, Inc.

3. Defendants Apollo Group, Inc. and The University of Phoenix, Inc. have been served with process and have not filed an answer or motion for summary judgment.

4. There is no certified class in this case.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice to re-filing.

Respectfully submitted,

 /s/  Richard A. Adams
Richard A. Adams
Arkansas Bar No. 97036
Phillip N. Cockrell
Arkansas Bar No. 79154
Corey D. McGaha
Arkansas Bar No. 2003047
PATTON ROBERTS, PLLC
2900 St. Michael Drive,
Century Bank Plaza
Post Office Box 6128
Texarkana, Texas  75505-6128
Telephone:  903-334-7000
Facsimile:   903-334-7007

Jeremy Y. Hutchinson
Arkansas Bar No. 2006145
PATTON ROBERTS PLLC
111 Center Street, Suite 1315
Little Rock, Arkansas 72201
Telephone: (501) 372-3480
Facsimile: (501) 372-3488

Janet Lindner Spielberg, *admitted pro hac vice*
California Bar No. 221926
LAW OFFICE OF JANET
LINDNER SPIELBERG
12400 Wilshire Blvd., Ste. 400
Los Angeles, California 90025
Telephone: (310) 392-8801

Michael D. Braun, *admitted pro hac vice*
California Bar No. 167416
BRAUN LAW GROUP, P.C.
12304 Santa Monica Blvd., Ste. 109
Los Angeles, California 90025
Telephone: (310) 442-7755

Facsimile: (310) 442-7756

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by facsimile transmission and/or first class mail this  21st     day of January, 2009.

/s/  Richard A. Adams
Richard A. Adams